FILED _____ _____ RECEIVED
ENTERED _____ _____ SERVED ON
COUNSEL/PARTIES OF RECORD

DEC - 2 2020

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:19-CR-300-JCM-EJY |
| Plaintiff, | **Preliminary Order of Forfeiture** |
| v. | |
| JORGE SANEZ DE TEJADA, | |
| Defendant. | |

This Court finds Jorge Sanez De Tejada pled guilty to Count 1 of a 16-Count Criminal Indictment charging him with conspiracy to commit bank fraud in violation of 18 U.S.C. §§ 1344 and 1349. Criminal Indictment, ECF No. 1; Change of Plea, ECF No. __; Plea Agreement, ECF No. __.

This Court finds Jorge Sanez De Tejada agreed to the imposition of the in personam criminal forfeiture money judgment of $137,586.60 set forth in the Plea Agreement and the Forfeiture Allegation of the Criminal Indictment. Criminal Indictment, ECF No. 1; Change of Plea, ECF No. __; Plea Agreement, ECF No. __.

The in personam criminal forfeiture money judgment is (1) any property, real or personal, which constitutes or is derived from proceeds traceable to a violation of 18 U.S.C. § 1344, or 18 U.S.C. § 1349, conspiracy to commit such offense and (2) any property constituting, or derived from, proceeds obtained directly or indirectly, as the result of a violation of 18 U.S.C. § 1344, affecting a financial institution, or 18 U.S.C. § 1349, conspiracy to violate, and is subject to forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C) with 28 U.S.C. § 2461(c); 18 U.S.C. § 982(a)(2)(A); and 21 U.S.C. § 853(p).

/ / /

1    This Court finds that Jorge Sanez De Tejada shall pay an in personam criminal

2 forfeiture money judgment of $137,586.60 to the United States of America, not to be held

3 jointly and severally liable with any codefendants and the collected money judgment

4 amount between the codefendants is not to exceed $1,407,183.61 pursuant to Fed. R. Crim.

5 P. 32.2(b)(1) and (b)(2); 18 U.S.C. § 981(a)(1)(C) with 28 U.S.C. § 2461(c); 18 U.S.C. §

6 982(a)(2)(A); and 21 U.S.C. § 853(p).

7    This Court finds that on the government's motion, the court may at any time enter

8 an order of forfeiture or amend an existing order of forfeiture to include subsequently

9 located property or substitute property pursuant to Fed. R. Crim. P. 32.2(e) and

10 32.2(b)(2)(C).

11    The in personam criminal forfeiture money judgment complies with *Honeycutt v.*

12 *United States*, 137 S. Ct. 1626 (2017).

13    THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that

14 the United States of America recover from Jorge Sanez De Tejada an in personam criminal

15 forfeiture money judgment of $137,586.60.

16    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send

17 copies of this Order to all counsel of record and three certified copies to the United States

18 Attorney's Office, Attention Asset Forfeiture Unit.

19    DATED *Dec. 2, 2020*, 2020.

21

22    JAMES C. MAHAN
      UNITED STATES DISTRICT JUDGE

1

## CERTIFICATE OF SERVICE

2    A copy of the foregoing was served upon counsel of record via Electronic Filing on

3 November 10, 2020.

4                                                   /s/ Heidi L. Skillin
                                                    HEIDI L. SKILLIN
5                                                   FSA Contractor Paralegal

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28