```
ROBERT M. DRASKOVICH, ESQ.
Nevada Bar No. 6275
815 South Casino Center Blvd.
Las Vegas, Nevada 89101-6718
702-474-4222
emagana@draskovich.com
robert@draskovich.com
Attorney for Defendant
```

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>       Plaintiff,<br><br>vs.<br><br><br>JORGE SAENZ DE TEJADA,<br>       Defendant. | Case No.: 2:19-CR-00300-JCM-EJY<br><br>**STIPULATION TO CONTINUE**<br>**SENTENCING HEARING**<br>    (Second Request) |

      IT IS HEREBY STIPULATED AND AGREED by and between, Robert M. Draskovich, Esq., attorney for Defendant, Jorge Saenz De Tejada, and Christopher Chiou, United States Attorney, District of Nevada, Simon F. Kung, Assistant United States Attorney, that the sentencing hearing in the above captioned case, which is currently scheduled for May 5, 2021 at 10:30AM., be continued and reset to a date and time convenient to the Court, but no sooner than ninety (90) days.

      The Stipulation is being entered for the following reasons:

1. Based on the public health emergency brought by the COVID-19 pandemic, and the required social-distancing measures as recognized in the Court's Temporary General order 2020-05 Extended, the parties agree to continue the currently scheduled sentencing hearing from May 5, 2021 at 10:30AM., to a date and time convenient to the Court, but no sooner than ninety (90) days.

2. This continuance allows counsel additional time to prepare for the hearing.

3. This continuance is not sought for purposes of delay, but to account for the necessary social-distancing in light of COVID-19 public health emergency.

4. The defendant is out of custody and does not object to the continuance.

RESPECTFULLY SUBMITTED this 27th day of April, 2021.

/s/ Simon F. Kung
SIMON F. KUNG
Assistant United States Attorney
Attorney for Plaintiff

/s/ Robert M. Draskovich
ROBERT M. DRASKOVICH, ESQ.
Nevada Bar No. 6275
Attorney for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JORGE SAENZ DE TEJADA,<br><br>Defendant. | Case No.: 2:19-CR-00300-JCM-EJY<br><br>**Findings and Order on Stipulation** |

Based on the pending stipulation between the government and the defense, and good cause appearing therefore, the Court hereby finds that:

1. To account for the necessary social-distancing in light of the COVID-19 public health emergency, the sentencing hearing in this case should be continued.

2. The parties agree to this continuance.

3. This continuance allows counsel additional time to prepare for the hearing.

4. This continuance is not sought for purposes of delay.

### ORDER

**IT IS THEREFORE ORDERED** that the sentencing hearing in the above-captioned matter currently scheduled for May 5, 2021 at 10:30AM., be vacated and continued to a date and time convenient to this Court, that is August 4, 2021 at the hour of 10:30 am.

**IT IS SO ORDERED** April 28, 2021.

_____
UNITED STATES DISTRICT JUDGE