UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | 2:19-CR-300-JCM-EJY |
|---|---|
| Plaintiff, | **Final Order of Forfeiture** |
| v. | |
| JORGE SAENZ DE TEJADA, | |
| Defendant. | |

This Court found that Jorge Saenz De Tejada shall pay the in personam criminal forfeiture money judgment of $137,586.60 pursuant to Fed. R. Crim. P. 32.2(b)(1) and (b)(2); 18 U.S.C. § 981(a)(1)(C) with 28 U.S.C. § 2461(c); 18 U.S.C. § 982(a)(2)(A); and 21 U.S.C. § 853(p). Criminal Indictment, ECF No. 1; Change of Plea, ECF No. 169; Plea Agreement, ECF No. 170; Preliminary Order of Forfeiture, ECF No. 171.

This Court finds that on the government's motion, the Court may at any time enter an order of forfeiture or amend an existing order of forfeiture to include subsequently located property or substitute property pursuant to Fed. R. Crim. P. 32.2(e) and 32.2(b)(2)(C).

The in personam criminal forfeiture money judgment amount of $137,586.60 complies with *Honeycutt v. United States*, 137 S. Ct. 1626 (2017).

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from Jorge Saenz De Tejada the in personam criminal forfeiture money judgment of $137,586.60 to the United States of America, not to be held jointly and severally liable with any codefendants and the collected money judgment amount between the codefendants is not to exceed $1,407,183.61 pursuant to Fed. R. Crim. P. 32.2(b)(1) and

1  (b)(2); 18 U.S.C. § 981(a)(1)(C) with 28 U.S.C. § 2461(c); 18 U.S.C. § 982(a)(2)(A); and 21
2  U.S.C. § 853(p).
3       IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send
4  copies of this Order to all counsel of record and three certified copies to the United States
5  Attorney's Office, Attention Asset Forfeiture Unit.
6  DATED Feb 23, 2022.

                                                    JAMES C. MAHAN
                                                  UNITED STATES DISTRICT JUDGE