**SAO**
ROBERT M. DRASKOVICH, ESQ.
Nevada Bar No. 6275
THE DRASKOVICH LAW GROUP
815 S. Casino Center Boulevard
Las Vegas, Nevada 89101
Telephone: (702) 474-4222
Attorney for Defendant

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                       Plaintiff,<br><br>vs.<br><br>JORGE SAENZ DE TEJADA,<br><br>                       Defendant. | CASE NO.: 2:19-cr-00300-06-JCM-EJY<br><br>**STIPULATION AND ORDER** |

**IT IS HEREBY STIPULATED AND AGREED** by and between ROBERT M. DRASKOVICH, ESQ., counsel for Defendant JORGE SAENZ DE TEJADA, and EDWARD G. VERONDA, Assistant United States Attorney, counsel for Plaintiff, that Defendant is authorized to travel to Manila, Philippines to attend to his late father in laws property from September 26, 2024 through October 9, 2024.

**IT IS FURTHER STIPULATED AND AGREED** that Defendant must notify U.S. Probation prior to traveling and within 24 hours of returning to Las Vegas, Nevada.

DATED this 19th day of August, 2024.

/s/ Robert M. Draskovich                                   /s/ Edward G. Veronda
_____          _____
ROBERT M. DRASKOVICH, ESQ.               EDWARD G. VERONDA, ESQ.
Nevada Bar No. 6275                                      Assistant United States Attorney
815 S. Casino Center Boulevard                     501 Las Vegas Boulevard S. #1100
Las Vegas, Nevada 89101                              Las Vegas, Nevada 89101
Attorney for Defendant                                    Attorney for Plaintiff

## ORDER

Upon stipulation of counsel and good cause appearing therefor,

**IT IS HEREBY ORDERED** that Defendant is authorized to travel to Manila, Philippines to attend to his late father in laws property from September 26, 2024 through October 9, 2024.

**IT IS FURTHER STIPULATED AND AGREED** that Defendant must notify U.S. Probation prior to traveling and within 24 hours of returning to Las Vegas, Nevada.

DATED August 19, 2024.

_____
UNITED STATES DISTRICT JUDGE

Respectfully Submitted By:

/s/ Robert M. Draskovich
_____
Robert M. Draskovich, Esq.
Nevada Bar No. 6275
Attorney for Defendant