UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| UNITED STATE OF AMERICA, | Case No. 2:19-CR-300 JCM (EJY) |
|---|---|
| Plaintiff(s), | AMENDED ORDER |
| v. | |
| MOHAMMED HONARI, et al., | |
| Defendant(s). | |

Presently before the court is defendant Jorge Saenz De Tejada's motion for early termination of supervised release. (ECF No. 490). The government filed a response (ECF No. 492), to which the defendant replied. (ECF No. 493). For the reasons stated below, the court denies the defendant's motion.

Defendant pled guilty to one count of Conspiracy to Commit Bank Fraud in 2022. (ECF No. 490). The court sentenced defendant to 21 months in custody followed by give years of supervised release and ordered defendant to pay $1,438,166.32 in restitution. (*Id*.). Defendant commenced supervision on June 26, 2023, and he now moves the court for early termination. (*Id*.).

Pursuant to 18 U.S.C. § 3583(e), the court may, after considering the factors outlined in 18 U.S.C. § 3553(a), terminate supervised release after one year "if it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice." 18 U.S.C. § 3583(e)(1). Those factors include, inter alia, "the nature and circumstances of the offense and the history and characteristics of the defendant" and "the kinds of sentence and the sentencing range established for the applicable category of offense committed by the applicable category of defendant." 18 U.S.C. §§ 3553(a)(1), (4).

**James C. Mahan**
**U.S. District Judge**

1  Defendant concedes that his request for early termination is primarily, if not solely, motivated by his need to travel for his employment. (ECF No. 490 at 2). Seeing as the court already granted defendant's petition to travel as it relates to his employment (ECF No. 494), the court finds that the goals of defendant's motion are accomplished. Moreover, defendant has not persuaded the court that early termination is warranted in the interest of justice. Mere compliance with supervised release conditions, without more, is not enough to modify or terminate supervision. *United States v. Boozer*, No. 2:12-cv-00004-APG-EJY, 2019 WL 7666537, at *1 (D. Nev. Oct. 1, 2019).

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that defendant's motion for early termination of supervised release (ECF No. 490) be, and the same hereby is, DENIED without prejudice.

DATED April 15, 2024.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**